

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00109-CV

_____

RALPH WHITLEY, D/B/A RALPH WHITLEY BUILDERS, Appellant

V.

BRENDA SKINNER, INDIVIDUALLY AND ON BEHALF OF
THE ESTATE OF CHRIS SKINNER, AND AS NEXT FRIEND OF
KRYSTAL SKINNER AND AARON ABUNDIZ, ET AL., Appellees

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court No. 72,378

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM   OPINION

Appellant, Ralph Whitley, d/b/a Ralph Whitley Builders, has represented to this Court that the parties have reached a full and final settlement.   In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We dismiss this appeal.


                                        Josh R. Morriss, III
                                        Chief Justice

Date Submitted:        March 3, 2011
Date Decided:          March 4, 2011